UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff,

–v–

The Singer Company,

                Defendant.

20-mc-792 (AJN)

(Originally Civil Action No. 154-108)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/21

## ORDER TERMINATING FINAL JUDGMENT

WHEREAS, The Plaintiff has moved this Court to terminate the perpetual final judgment entered in the above-captioned case, and the Court has considered all papers filed in connection with this motion;

WHEREAS, This Court has jurisdiction to modify the judgment pursuant to Section VII of that judgment;

WHEREAS, Federal Rules of Civil Procedure 60(b)(5) and 60(b)(6) provide that "[o]n motion or just terms, the court may relieve a party or its legal representative from a final judgment . . . [when] applying it prospectively is no longer equitable . . . [or for] any other reason that justifies relief." Fed. R. Civ. P. 60(b)(5)-(6);

WHEREAS, the United States has provided adequate notice to the public regarding its intent to seek termination of the judgment and has received no public comments;

WHEREAS, the Court deems that terminating the antitrust judgment is appropriate and consistent with the public interest, *see United States v. Loew's Inc.*, 783 F. Supp. 211, 213

1

(S.D.N.Y. 1992), due to the judgment's age and because the judgment is no longer needed to protect competition insofar as the defendant no longer exists and the relevant patents have long since expired;

**IT IS ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: May 11, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge